IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**Helen M. Evans**                                                                                               **Plaintiff**

**No. 4:12-CV-368-JMM**

**Carolyn W. Colvin, Acting Commissioner,**                                              **Defendant**
**Social Security Administration**

## JUDGMENT

Pursuant to the order entered in this case on this date, the Commissioner's decision denying plaintiff Helen M. Evans's application for disability income benefits and supplemental security income is AFFIRMED. Judgment is entered in favor of the Commissioner. This case is dismissed with prejudice.

It is so ordered this 1st day of May, 2013.

_____
United States District Judge